IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BOBBY L. MAGWOOD,**

       **Plaintiff,**

v.                                          Case No.  4:14cv314-MW/CAS

**OFFICER BEEM, et al.,**

       **Defendants.**

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.31, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 33.   Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted** over Plaintiff's objections as this Court's opinion.   The motion to dismiss, ECF No. 24 is **GRANTED** as to all claims and all Defendants with the exception of Plaintiff's Eighth Amendment claim against Defendant Beem and Eighth Amendment claim against Defendant Hawkins; that the claims proceed against the Defendants in their individual capacities only; that Plaintiff's request for declaratory and injunctive relief be stricken as moot due to his transfer; and that the request for damages be

1

limited to nominal damages pursuant to 42 U.S.C. § 1997(e).  This case is

**REMANDED** to the Magistrate for further proceedings on the two surviving

claims.

    **SO ORDERED on February 25, 2015.**

                                        <u>s/Mark E. Walker</u>
                                        **United States District Judge**