IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BOBBY L. MAGWOOD,**

      **Plaintiff,**

v.                                                Case No. 4:14cv314-MW/CAS

**OFFICER BEEN
and
OFFICER HAWKINS,**

      **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation. ECF No. 36.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.   The Eighth Amendment claim against Defendant Hawkins is **DISMISSED** because Defendant was not served with process as required by Fed.

R. Civ. P. 4(m) and Fed.R. Civ. P. 12(b)(5).  This cause is **REMANDED** to the Magistrate Judge for further proceedings on the lone surviving claim.

    **SO ORDERED on March 25, 2015.**

                                            <u>s/Mark E. Walker</u>
                                            **United States District Judge**