IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBY L. MAGWOOD,

    Plaintiff,

v.                          Case No.  4:14cv314-MW/CAS

OFFICER BEEM,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate Judge's Third Report and Recommendation.  ECF No. 46.   Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with court orders requiring Plaintiff to file an amended complaint and failure to prosecute."   The Clerk shall close the file.

SO ORDERED on May 29, 2015.

                                              s/Mark E. Walker                 
                                              **United States District Judge**